## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| **DEEP NINES, INC.** | | |
| **Plaintiff,** | | |
| **v.** | | **9:06-cv-174-RC** |
| **MCAFEE, INC.** | | **JURY DEMANDED** |
| **Defendant.** | | |

### JOINT AGREED MOTION TO DISMISS WITH PREJUDICE

Come now Plaintiff Deep Nines, Inc. ("Deep Nines") and Defendant McAfee, Inc. ("McAfee") and moves this Court for an order dismissing with prejudice all claims, counterclaims, and causes of action whatsoever asserted in this matter pursuant to FED. R. CIV. P. 41. Specifically, Deep Nines and McAfee have resolved the disputes between them and now seek to have the above-entitled action and all claims made therein dismissed with prejudice. The parties further request that each party be ordered to bear their own costs and attorneys fees.

WHEREFORE, Deep Nines and McAfee respectfully pray that the Court order all claims, counterclaims and causes of action asserted in this matter are dismissed with prejudice to refiling of the same, that all costs and fees shall be borne by the party incurring the same and for such other and further relief to which the parties may be justly entitled.

Dated:  September 8, 2008

Respectfully submitted,

FISH & RICHARDSON P.C.

By:  /s/M. Brett Johnson
     Thomas M. Melsheimer
     txmelsheimer@fr.com
     Texas Bar No. 13922550
     M. Brett Johnson
     mbjohnson@fr.com
     Texas Bar No. 00790975
     Decker A. Cammack
     dmc@fr.com
     Texas Bar No. 24036311
     FISH & RICHARDSON P.C.
     1717 Main Street
     Suite 5000
     Dallas, TX  75201
     (214) 747-5070 telephone
     (214) 747-2901 facsimile

     Barry K. Shelton
     bks@fr.com
     Texas Bar No. 24055029
     Patrick S. Richter
     richter@fr.com
     Texas Bar No. 00791524
     Fish & Richardson P.C.
     One Congress Plaza, Suite 810
     111 Congress Avenue
     Austin, TX  78701
     (512) 472-5070 telephone
     (512) 320-8935 facsimile

Robert E. Hillman
*(pro hac vice)*
hillman@fr.com
Massachusetts Bar No. 234820
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070 telephone
(617) 542-8906 facsimile

Robert M. Parker
rmparker@pbatyler.com
Texas Bar No. 15498000
Robert Christopher Bunt
rcbunt@pbatyler.com
Texas Bar No. 15498000
Charles Ainsworth
charley@pbatyler.com
Texas Bar No. 00783521
Andrew T. Gorham
tgorham@pbatyler.com
Texas Bar No. 24012715
Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson
Suite 1114
Tyler, Texas  75702
(903) 531-3535 telephone
(903) 533-9687 facsimile

Counsel for Plaintiff
DEEPNINES, INC.

*/s/ Michael D. Richardson (with permission)*
Martin E. Rose
State Bar No. 17253100
Email: mrose@rosewalker.com
Michael D. Richardson
State Bar No. 16868220
Email:  mrichardson@rosewalker.com
**ROSE ● WALKER, L.L.P.**
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Telephone: (214) 752-8600
Facsimile: (214) 752-8700

Danny L. Williams
State Bar No. 21518050
Email: danny@wmalaw.com
J. Mike Amerson
State Bar No. 01150025
Email: mike@wmalaw.com
Ruben S. Bains
State Bar No. 24001678
Email: rbains@wmalaw.com
**WILLIAMS, MORGAN & AMERSON**
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011


Keith A. Rutherford
State Bar No. 17452000
Email:  krutherford@counselip.com
**WONG, CABELLO, LUTSCH,
RUTHERFORD & BRUCCULERI, LLP**
20333 SH 249, Suite 600
Houston, TX 77070
Telephone: (832) 446-2400
Facsimile: (832) 446-2424


J. Thad Heartfield
State Bar No. 09346800
Email: thad@jth-law.com
**LAW OFFICES OF J. THAD
HEARTFIELD**
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789

Eric M. Albritton
State Bar No. 00790215
Email:  ema@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, TX  75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397


ATTORNEYS FOR DEFENDANT
MCAFEE, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by Electronic Mail.


Martin Rose                                    Attorneys for Defendant
Leane Capps Medford                            McAfee, Inc.
Michael D. Richardson
Rose-Walker, L.L.P.
3500 Maple Avenue
Suite 900
Dallas, Texas  75219


Danny L. Williams                              Attorneys for Defendant
J. Mike Amerson                                McAfee, Inc.
Ruben S. Bains
Stephen E. Edwards
Terry D. Morgan
Jaison C. John
Williams, Morgan & Amerson, P.C.
10333 Richmond
Suite 1100
Houston, TX  77042


J. Thad Heartfield                             Attorneys for Defendant
The Heartfield Law Firm                        McAfee, Inc.
2195 Dowlen Road
Beaumont, TX  77706


Keith A. Rutherford                            Attorneys for Defendant
Wong, Cabello, Lutsch, Rutherford &            McAfee, Inc.
Brucculeri, L.L.P.
20333 SH 249, Suite 600
Houston, Texas 77070


Eric M. Albritton                              Attorney for Defendant
Albritton Law Firm                             McAfee, Inc.
P.O. Box 2649
Longview, TX  75606


                                    M. Brett Johnson
                                    /s/M. Brett Johnson

90297676.doc